**Manuel LOSADA, Petitioner,**

v.

**DEPARTMENT OF DEFENSE,**
**Respondent.**

**No. 2012–3020.**

United States Court of Appeals,
Federal Circuit.

Dec. 27, 2011.

A. Bondurant Eley, Department of Justice, Washington, DC, for Respondent.

Manuel Losada, Avon Park, FL, pro se.

## ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's December 05, 2011, 461 Fed.Appx. 930, 2011 WL 7461092, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Petitioner's brief is due on or before January 17, 2012.